# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Alnawars Company ) | ASBCA No. 59816 |
| ) | |
| Under Contract No. W91GET-07-M-1686 ) | |

APPEARANCE FOR THE APPELLANT:      Mr. Buraier Yassen
      Owner

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
      Army Chief Trial Attorney
      CPT Cali Y. Kim, JA
      Trial Attorney

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

On 23 October 2015, appellant was ordered to show cause within 21 days why this appeal should not be dismissed for failure to prosecute. Appellant received the show cause order on 23 October 2015, but has not responded. Appellant likewise has failed to respond to earlier Board orders. Accordingly, this appeal is dismissed with prejudice under Board Rule 17.

Dated: 15 December 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59816, Appeal of Alnawars Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2